Lisa G. Schlittner, SBN 133306
Dylan Sullivan, SBN 193925
2001 K Street, Ste. F
Sacramento, CA 95814
Telephone: (916) 247-9704
Fax: (916) 848-3576

Attorneys for Plaintiff, ANDREW MARCONI

UNITED STATES DISTREICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MARCONI, | Case No.: c05-1978 CW |
| Plaintiff, | **Stipulation and Order For Continuation of Case Management Conference** |
| vs. | |
| OFFICER ONE, OFFICER TWO, OFFICER THREE, ALL OFFICERS INDIVIDUALLY AND IN THEIR CAPACITY AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, AND THE CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, AND DOES 1-50, Defendants. | Action Filed: 4/18/2005<br>Trial Date: Not Set |

**STIPULATION**

The parties hereby agree and so stipulate to continue the Case Management Conference from September 16, 2005 at 1:30 p.m. to October 28, 2005 at 1:30 in Courtroom 2, 4th Floor.

Dated:                                 Dated:

Jennifer Choi, Attorney for            Dylan Sullivan, Attorney for
Defendant, City and County             Plaintiff, Andrew Marconi
of San Francisco

## ORDER

The Case Management Conference in Marconi v. City and County of San Francisco, Case # c05-1978 CW, is hereby continued by order of the court to October 28, 2005 at 1:30 p.m. in Courtroom 2.

Dated: 9/15/05

Honorable Judge Claudia Wilken



IT IS SO ORDERED
Judge Claudia Wilken

Stipulation and Order for Continuance - Page 2 of 2