1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ELIZABETH DEELEY, State Bar #230798
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3982
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants
   JASON FOX, IAN FURMINGER, SIMON CHAN
8  AND CITY AND COUNTY OF SAN FRANCISCO

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11  ANDREW MARCONI,                    Case No. C05-1978 CW

12              Plaintiff,

13       vs.                           **ORDER GRANTING AS MODIFIED
                                       STIPULATION MODIFYING THE
14  SERGEANT JASON FOX, OFFICER        CASE MANAGEMENT ORDER TO
    IAN FURMINGER, OFFICER SIMON       EXTEND TIME TO FILE
15  CHAN, ALL OFFICERS INDIVIDUAL      DISPOSITIVE MOTION**
    AND IN THEIR CAPACITY AS
16  POLICE OFFICERS FOR THE CITY
    AND COUNTY OF SAN FRANCISCO,       Date Action Filed:    April 18, 2005
17  AND THE CITY AND COUNTY OF         Trial Date:           February 12, 2007
    SAN FRANCISCO, A MUNICIPAL
18  CORPORATION, AND DOES 1 - 50,

19              Defendants.

20       **IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

21       Under the Court's current case management schedule, Defendant's shall file any

22  dispositive motion by May 19, 2006.  The deadline to complete fact discovery is August 31,

23  2006.  The Parties have endeavored to complete discovery relevant to dispositive issues, but have

24  not yet been able to complete certain key depositions.  Specifically, there are three third party

25  witnesses who may provide testimony relevant to dispositive issues who have not yet been

26  deposed due to difficulties in scheduling deposition convenient times.  All of these witnesses live

27  out of town and work full time.  Two of those witnesses are scheduled to be deposed next week,

28  and Plaintiff's counsel is still trying to locate and arrange a time for the deposition of the third

witness. In addition, the Parties would like to complete the depositions of two Defendant officers not yet deposed prior to the deadline for dispositive motions. Defendant Simon Chan is scheduled to be deposed next week, and Defendant Ian Furminger is schedule to be deposed on June 15, 2006.

The Parties have met and conferred about narrowing issues for any potential motions and believe the above referenced discovery is necessary before any agreements about narrowing issues can be reached. The Parties also believe that it would be more efficient if they could reach any such agreement before time and resources are spent briefing issues upon which the Parties may agree once this discovery is completed. Thus, the Parties stipulate to the extension of time to Defendant's to file any dispositive motion until June 23, 2006 and respectfully request that the Court order that extension. The Parties have not sought any prior extensions. The parties also stipulate to change the due date for Plaintiff's opposition brief to July 7, 2006 and the due date for Defendant's reply to July 14, 2006.

Dated: May 17, 2006

                                         DENNIS J. HERRERA
                                         City Attorney
                                         JOANNE HOEPER
                                         Chief Trial Deputy
                                         ELIZABETH DEELEY
                                         Deputy City Attorney

                                      By:   /s/Elizabeth Deeley
                                         ELIZABETH DEELEY
                                         Attorneys for Defendants
                                       JASON FOX, IAN FURMINGER, SIMON CHAN
                                       AND CITY AND COUNTY OF SAN
                                       FRANCISCO

Dated: May 11, 2006

                                         DYLAN SULLIVAN
                                         LISA G. SCHLITTNER

                                      By:   /s/Dylan Sullivan
                                         DYLAN SULLIVAN

                                         Attorney for Plaintiff
                                       ANDREW MARCONI

1     IT IS HEREBY ORDERED

2     1.    That the deadline for Defendants to file any dispositive motion shall be extended

3 to and including June 23, 2006.

4     2.    Plaintiff's opposition shall be due on July 7, 2006.

5     3.    Defendant's reply shall be due on July 14, 2006.  **The motion will be deemed**

6 **submitted on the papers upon filing of the reply brief.**

7                   /s/ CLAUDIA WILKEN

8 DATED:  May 17, 2006

                      _____

9                   CLAUDIA WILKEN

10                United States District Judge

Stipulation and Proposed Oder
Marconi v. CCSF, et al. – USDC No. C05-1978 CW
3
C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\00375469.DOC