1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ELIZABETH L. DEELEY, State Bar #230798
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3982
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants
   JASON FOX, IAN FURMINGER, SIMON CHAN
8  AND CITY AND COUNTY OF SAN FRANCISCO

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  ANDREW MARCONI,                    Case No. C05-1978 CW

12            Plaintiff,              [PROPOSED] STIPULATED ORDER
                                      FOR PLAINTIFF'S MENTAL
13     vs.                            EXAMINATION

14  SERGEANT JASON FOX, OFFICER
    IAN FURMINGER, OFFICER SIMON
15  CHAN, ALL OFFICERS INDIVIDUAL
    AND IN THEIR CAPACITY AS          Date Action Filed:    April 18, 2005
16  POLICE OFFICERS FOR THE CITY      Trial Date:           February 12, 2007
    AND COUNTY OF SAN FRANCISCO,
17  AND THE CITY AND COUNTY OF
    SAN FRANCISCO, A MUNICIPAL
18  CORPORATION, AND DOES 1 - 50,

19            Defendants.

20

21      **IT IS STIPULATED BY AND BETWEEN THE PARTIES** to this action, through

22  their respective counsel, that because plaintiff, ANDREW MARCONI, is making a claim in this

23  suit for extreme emotional distress, he will submit to a mental examination by a suitably licensed

24  or certified examiner selected by defendants pursuant to Federal Rule of Civil Procedure 35.

25      The examination shall take place on September 28, 2006 starting at 9:30 a.m. at 5665

26  College Avenue, Suite 240E, Oakland, CA 94618.  The examiner will be Dr. JoAnna Berg.  The

27  examination will last approximately five to six hours during which time the examiner will

28

1  conduct a clinical interview and a standard battery of tests, including the Wechsler Adult

2  Intelligence Scale – III (WAIS-III), Minnesota Multiphasic Personality Inventory – 2 (MMPI-2),

3  Rorschach Inkblot Test, Wahler Physical Symptoms Inventory, Test of Memory and Rotter

4  Sentence Completion Test.

5  Dated:  August 27, 2006

DENNIS J. HERRERA
6                                       City Attorney
JOANNE HOEPER
7                                       Chief Trial Deputy
ELIZABETH DEELEY
8                                       Deputy City Attorney

9
By: _____
10                                      ELIZABETH DEELEY
Attorneys for Defendants
11                                     JASON FOX, IAN FURMINGER, SIMON CHAN
AND CITY AND COUNTY OF SAN
12                                     FRANCISCO

13  Dated:  August 29, 2006

14
DYLAN SULLIVAN
15                                      LISA G. SCHLITTNER

By: _____
16                                     DYLAN SULLIVAN

17
Attorney for Plaintiff
18                                     ANDREW MARCONI

19

20
IT IS HEREBY ORDERED
21
Setp. 5
22
DATED:  ~~August~~___, 2006
23
HON. CLAUDIA WILKEN
United States District Judge
24

25

26

27

28
[PROPOSED] STIPULATED ORDER FOR                      2                N:\LIT\LI2005\051497\00396688.DOC
PLAINTIFF'S MENTAL EXAMINATION
Marconi v. CCSF, et al. – USDC No. C05-1978 CW