United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW MARCONI,

    Plaintiff,

  v.

OFFICER ONE, et al.,

    Defendants.
                           /

No. C 05-1978 CW

ORDER REGARDING MOTION TO SEAL

    Pursuant to the stipulated protective order signed by the parties (Docket # 45), Local Rule 79-5 and Plaintiff's motion for removal of incorrectly filed documents and motion for seal of confidential portions of documents, the Court orders Plaintiff to file a new redacted version of his Opposition to Defendants' Motion for Partial Summary Judgment. In the new version, Plaintiffs shall redact the citation at page 7, line 18. The Court orders the current redacted version of the Opposition (Docket # 63) removed from the clerk's filing.

    The Court grants the remainder of Plaintiff's motion to seal. The unredacted versions of Exhibits D, E, F and G to Plaintiff's

1  Opposition shall be filed under seal.
2        IT IS SO ORDERED.
3
4  Dated: 9/26/06

_Claudia Wilken_
CLAUDIA WILKEN
United States District Judge