Lisa G. Schlittner, SBN 133306
Dylan Sullivan, SBN 193925
1500 W. El Camino Ave., Ste. 213
Sacramento, CA 95833
Telephone: (916) 247-9704
Fax: (916) 848-3576

Attorneys for Plaintiff, ANDREW MARCONI

UNITED STATES DISTREICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MARCONI,<br><br>    Plaintiff,<br><br>vs.<br><br>Sergeant JASON FOX,<br>Officer IAN FURMINGER, and<br>Officer SIMON CHAN, all officers individually and in their capacity as a police officers for the City and County of San Francisco, and the CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, and<br>DOES 1 – 50.<br>    Defendants. | Case No.: c05-1978 CW<br><br>**Order to Amend Order of Court**<br><br>Action Filed: 4/18/2005<br>Trial Date:    2/12/2007 |

IT IS HEREBY ORDERED:

The deadline for expert disclosures is continued to November 8, 2006.  The date to complete expert discovery remains unchanged.

Dated:  November 1, 2006.

_____

CLAUDIA WILKEN,
Honorable District Court Judge