United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW MARCONI,

      Plaintiff,

  v.

OFFICER ONE, et al.,

      Defendants.
                                  /

No. 05-01978 CW

ORDER
TRANSFERRING CASE
FOR TRIAL

    The trial in the above-captioned case is transferred to the Honorable Charles R. Breyer. Counsel will be notified by Judge Breyer of a status conference to be held on January 5, 2007. All hearing dates previously set before this Court will be vacated upon rescheduling by Judge Breyer.

    IT IS SO ORDERED.

Dated   12/21/06

CLAUDIA WILKEN
United States District Judge

cc: CRB