DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ELIZABETH DEELEY, State Bar #230798
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3982
Facsimile:      (415) 554-3837

Attorneys for Defendants
JASON FOX, IAN FURMINGER, SIMON CHAN AND
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MARCONI,<br><br>            Plaintiff,<br><br>     vs.<br><br>SERGEANT JASON FOX, *et al,*<br><br>            Defendants. | Case No. C05-1978 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO VACATE PRE-TRIAL**<br>**CONFERENCE AND TRIAL DATES**<br>Date Action Filed:     April 18, 2005<br>Trial Date:                February 12, 2007 |

Plaintiff Andrew Marconi and Defendants Jason Fox, Ian Furminger, Simon Chan and City and County of San Francisco through their undersigned counsel hereby stipulate and agree:

1.      On November 15, 2006 the parties filed a Notice of Pending Settlement and Joint Motion by the Parties Seeking Leave to Temporarily Suspend Litigation. The parties submit this stipulation in further support of that motion.

2.      The parties have reached a settlement agreement and anticipate concluding litigation in this lawsuit in its entirety, pending approvals by appropriate officials. The approval process for lawsuits of this nature for these parties typically takes between 12 and 16 weeks to complete. The process for obtaining necessary approvals began upon the parties' Notice of their settlement agreement to this Court. That process is well under way, but is not yet complete. The parties have received some, but not all of the necessary approvals. The parties anticipate that the approval process will be completed within the next four to six weeks.

3. The parties are not in a position to file a dismissal of this lawsuit until final approvals of their settlement agreement have been obtained. While the parties' counsel currently have no reason to believe that the settlement will not be finalized, they do not believe that they will be able to obtain the necessary approvals to finalize it in advance of the pre-trial conference on February 2, 2007 or the trial set for February 12, 2007.

4. The parties agree that it is in the best interest of all parties involved to vacate the dates set for the pre-trial conference and trial, so that the parties may have the time to secure the necessary approvals. If the parties are forced to move forward on the current calendar, then they will not be able to settle the case as anticipated. In addition, based on the settlement agreement (contingent upon approvals) and in order to put themselves in a position to reach an agreement, the parties agreed to stop incurring costs and fees preparing for trial. The parties agree that unnecessary time, expense and judicial resources can be avoided if the Court gives the parties the opportunity to finalize the settlement.

5. The parties stipulate and agree to seek an order vacating the dates for the February 2, 2007 pre-trial conference and February 12, 2007 trial and setting a further case management conference for March 9, 2007 at 1:30 p.m.

Dated: January 23, 2007

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>ELIZABETH DEELEY
>Deputy City Attorney
>
>By:\_\_\_\_\_/s/_____
>ELIZABETH DEELEY
>Attorneys for Defendants
>JASON FOX, IAN FURMINGER, SIMON CHAN AND CITY AND COUNTY OF SAN FRANCISCO

Stipulation in Further Support of Motion to Suspend Litigation
Marconi v. CCSF, et al. – USDC No. C05-1978 CW
2
N:\LIT\LI2005\051497\00004221.DOC

Dated:  January 23, 2007

DYLAN SULLIVAN
LISA G. SCHLITTNER

By:____/s/_____
DYLAN SULLIVAN,
ATTORNEY FOR PLAINTIFF
ANDREW MARCONI

IT IS HEREBY ORDERED

1. That the dates for the February 2, 2007 pre-trial conference and February 12, 2007 trial are vacated.

2. A further case management conference is set for March 9, 2007 at 1:30 p.m.

DATED:  January 24, 2007

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge