1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy,
3  DAVID B. NEWDORF, State Bar # 172960
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3892
6  Facsimile:     (415) 554-3837
   E-Mail:        david.newdorf@sfgov.org

Attorneys for Defendants
JASON FOX, IAN FURMINGER, SIMON CHAN
AND CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREW MARCONI, | Case No. C05-1978 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SERGEANT JASON FOX, OFFICER IAN FURMINGER, OFFICER SIMON CHAN, ALL OFFICERS INDIVIDUAL AND IN THEIR CAPACITY AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, AND THE CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, AND DOES 1 - 50, | |
| Defendants. | |

The undersigned parties, by and through counsel, STIPULATE and AGREE as follows:

1.   Counsel have agreed on the terms of a settlement that requires approval by various governmental bodies, which approval is not yet complete.

2.   A Case Management Conference is scheduled for March 9, 2007, at 1:30 p.m.

Marconi vs. Officer Jason Fox, et al.., C05-01978 CW         1         n:\lit\li2006\051497\00012988.doc

3. In order to avoid an unnecessary conference, the parties request that the Court continue the conference to May 11, 2007 at 1:30 p.m.

STIPULATED AND AGREED:

Dated: March 6, 2007

                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy
                              DAVID B. NEWDORF
                              Deputy City Attorney

                        By: _____/s/_____
                            DAVID B. NEWDORF

                            Attorneys for Defendant
                            JASON FOX, IAN FURMINGER, SIMON CHAN
                            AND CITY AND COUNTY OF SAN FRANCISCO


                        By: _____/s/_____
                            DYLAN SULLIVAN

                            Attorney for Plaintiff
                            ANDREW MARCONI

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the further case management conference set for March 9, 2007 at 1:30 p.m. is CONTINUED to May 11, 2007 at 1:30 p.m.

DATED:   3/9/07

                            _____
                            HON. CLAUDIA WILKEN
                            U.S. District Judge