1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   ELIZABETH L. DEELEY, State Bar #230798
3  Deputy City Attorney
   Fox Plaza
4  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
5  Telephone:     (415) 554-3982
   Facsimile:      (415) 554-3837
6  E-Mail:        elizabeth.deeley@sfgov.org

7

8  Attorneys for Defendants
   JASON FOX, IAN FURMINGER, SIMON CHAN
   AND CITY AND COUNTY OF SAN FRANCISCO
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  ANDREW MARCONI,                    Case No. C05-1978 CW

13            Plaintiff,               REQUEST FOR DISMISSAL; ORDER
                                       OF DISMISSAL
14       vs.

15  SERGEANT JASON FOX, OFFICER
    IAN FURMINGER, OFFICER SIMON
16  CHAN, ALL OFFICERS INDIVIDUAL
    AND IN THEIR CAPACITY AS
17  POLICE OFFICERS FOR THE CITY
    AND COUNTY OF SAN FRANCISCO,
18  AND THE CITY AND COUNTY OF
    SAN FRANCISCO, A MUNICIPAL
19  CORPORATION, AND DOES 1 - 50,

20            Defendants.

21

22

23

24

25

26

27

28

Request for Dismissal
Case No. C05-1978 CW                    1          c:\documents and settings\workstation\local
                                                   settings\temp\notesf8c1a4\~7676587.doc

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter.  The parties respectfully request that this case be dismissed with prejudice.

Dated: _____

By:_____
    DYLAN SULLIVAN

Attorneys for Plaintiff
ANDREW MARCONI

Dated: _____

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
ELIZABETH L. DEELEY
Deputy City Attorneys

By:_____
    ELIZABETH L. DEELEY

Attorneys for Defendants
JASON FOX, IAN FURMINGER, SIMON CHAN
AND CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

**6/8/07**

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

Request for Dismissal
Case No. C05-1978 CW
2
c:\documents and settings\workstation\local
settings\temp\notesf8c1a4\~7676587.doc